IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES | ) |
| | ) Case No. 19-mj-1085 |
| v. | ) |
| | ) JUDGE HOLMES |
| LARRY DAWSON | ) |

## UNITED STATES' MOTION FOR DETENTION

Pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3143(a), the Government moves to have the defendant detained pending supervised release revocation proceedings in this matter on the basis that there are no conditions or combination of conditions that will assure the appearance of the defendant and the safety of any other person and the community.

Under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, the burden of establishing by clear and convincing evidence that the defendant does not pose a danger to others and will not flee rests with the defendant. Upon such a showing by the defendant, the Court may release the defendant under 18 U.S.C. ' 3143(a)(1).

Defendant is currently subject to revocation of his term of supervised release based upon his failure to participate in a mental health treatment program as a condition of his supervised release.

Defendant's failure to abide by his supervised release conditions establish that there are no conditions or combination of conditions with which the defendant will comply and which will assure the safety of the community. Defendant has displayed a propensity to ignore the District Court's order as to his supervision, as well as the directions of the supervising probation officer. The defendant's actions establish a risk defendant will flee pending further proceedings in this

matter.

The United States requests a continuance of three (3) days to prepare for the detention hearing.

Respectfully submitted,

DONALD Q. COCHRAN

United States Attorney for
the Middle District of Tennessee

By:*s/ Byron M. Jones*
BYRON M. JONES
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was hand-delivered or sent, if registered, via the Court's electronic filing system to counsel representing the defendant this 12th day of July, 2019.

                                          /s/ Byron M. Jones
                                          Byron M. Jones