IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. LARRY DAWSON     NO. 19-mj-1085

U.S. District Court, District of Columbia
No. 1:16-cr-00151

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RELEASE ORDER AND CONDITIONS OF RELEASE

[X] Defendant is released on his/her own recognizance, no appearance bond shall be posted, and the following statutorily required standard conditions of release are hereby imposed:

[ ] Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

[ ] Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

[ ] Defendant shall be released on a surety bond as described below:

[X] Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WHILE ON RELEASE, I FULLY UNDERSTAND:**

1) I may not change my address or move without permission of the Probation/Pretrial Services Office or the Court. My correct address has been provided to Probation/Pretrial Services.

2) I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

3) I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

4) I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

5) If I violate any condition of release, a warrant for my arrest could be issued, any bond I signed may be forfeited, and new bonds with additional conditions, or my detention until a hearing, could be ordered by the Court, and I could be held in contempt of Court.

6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

1 of 3

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. LARRY DAWSON      NO. 19-mj-1085

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

7)     This special condition or conditions:

☐ _____

      I acknowledge that I am the Defendant in this case and that I am aware of the **conditions of release and the penalties for non-compliance. I promise to obey all conditions of release, to appear as directed, and to surrender to serve any sentence imposed.**

**Date:**   July 17, 2019        _/s/ Larry Dawson_
                                             Defendant

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

                                          _/s/_
                                          UNITED STATES MAGISTRATE JUDGE

The **Middle District of Tennessee** consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):
       Clerk of Court                          - 736-5498
       U.S. Marshal                            - 736-5417
       U.S. Attorney                          - 736-5151

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. LARRY DAWSON      NO. 19-mj-1085

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

    U.S. Probation                           - 736-5771
    Federal Public Defender            - 736-5047

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in **Cookeville** is located at 9 East Broad Street. The Court in **Columbia** is located at 816 South Garden Street.